UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORRI A. WESOLOWSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-06-0232-MWL<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for **Defendant**.

**CLOSE FILE.**

DATED this 24TH day of April, 2007.

                        JAMES R. LARSEN
                        District Court Executive/Clerk


                        by:  s/Pamela A. Howard
                                Deputy Clerk

cc: all counsel